1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MELVIN JOSEPH SIMMONS, | ) | No. CV 08-4231-TJH(CW) |
| --- | --- | --- |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T. FLECKER, et al., | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 7/7/08

_____
TERRY J. HATTER, JR.
United States District Judge